UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PHILLIP CZYZ, O.D.,

    Plaintiff,

vs.          Case No.  2:04-cv-34-FtM-33SPC

DEPARTMENT OF HEALTH & HUMAN SERVICES,

    Defendant.
_____

ORDER

  This matter is before the Court on consideration of United State Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #16), entered on March 28, 2005, recommending that the Plaintiff's Motion for Summary Judgment (Doc. #12) be denied and the decision of the Secretary be affirmed.  The Plaintiff filed an Objection to the Report and Recommendation (Doc. #20) on April 13, 2005 and a Supplement to the Objection (Doc. #22) on April 18, 2005.

  After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, as well as the Plaintiff's Objection to the Report and Recommendation and the Plaintiff's Supplement to the Objection, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. The Report and Recommendation is hereby **ACCEPTED** and **ADOPTED.**

2. The Plaintiff's Motion for Summary Judgment (Doc. #12) is **DENIED.**

3. The decision of the Secretary is **AFFIRMED.**

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record